IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY L. HUGHES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. KASS, SGT. COULTER, ) <br> SGT. NORT, R.N. HUMPHREYS, and ) <br> INSPECTOR KEARNS, ) <br> ) <br> Defendants. ) | 2: 14cv585 <br> Electronic Filing <br><br> Judge David Stewart Cercone |

## MEMORANDUM ORDER

This case was commenced on May 7, 2014, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges. Upon Plaintiff's compliance with the statutory requirements, his motion to proceed *in forma pauperis* was granted and the Complaint was formally filed on June 24, 2014. (ECF No. 6.)

Following the close of discovery, Defendants filed a motion for summary judgment (ECF No. 57), to which Plaintiff filed a response in opposition. (ECF Nos. 63, 64).

On February 2, 2017, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 67) recommending that Defendants' motion for summary judgment be granted. Plaintiff was served with the Report and Recommendation at his listed address of record and was advised that he had until February 21, 2017, to file written objections to the Report and Recommendation. To date, Plaintiff has not filed any objections nor has he sought an extension of time in which to do so.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 6 day of March, 2017:

1. Defendants' motion for summary judgment (ECF No. 57) is **GRANTED**; and

2. **IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 67) dated February 2, 2017, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
David Stewart Cercone
United States District Judge

cc: Gregory L. Hughes
444 Fourth Street
Braddock, PA 15104
(*Via First Class Mail*)

John A. Bacharach, Esquire
(*Via CM/ECF Electronic Mail*)